**E-Filed 12/7/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD MICHAEL GOMEZ,<br><br>　　　　　　　Defendant. | Case Number CR 00-20360 JF<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION; GRANTING DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD; AND GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br><br>[re:  document nos. 54, 56 ] |

　　　Defendant's motion for reconsideration is DENIED on the basis that Defendant has not presented any new material facts that would affect the sentence.

　　　Defendant's motion to supplement the record is GRANTED; Defendant may file Exhibits A and B to the motion.

　　　Defendant's motion for extension of time to file a notice of appeal is GRANTED. Defendant shall file any notice of appeal within ten days after the filing of this order.

DATED:  December 7, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge